UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
JUL 1 2001
M... CHAMBERS

JUDITH BARCLAY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1092 (DWF/AJB)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JEFF LATZ,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1132 (DSD/JMM)

GORDON M. CATHEY,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1175 (DSD/JMM)

JOSEPH GROSS,
Plaintiff,

v.

CHRONIMED, INC., ET AL.,
Defendants.

Civil No. 01-1183 (MJD/JGL)

Filed JUL 19 2001
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

2

ROBERT HUNTER,
Plaintiff,

v.

Civil No. 01-1190 (DSD/JMM)

CHRONIMED, INC., ET AL.,
Defendants.

---

THOMAS STUNDA,
Plaintiff,

v.

Civil No. 01-1202 (DWF/SRN)

CHRONIMED, INC., ET AL.,
Defendants.

---

Case No. 01-1092(DWF/AJB) having been assigned to Judge Donovan W. Frank, Case Nos. 01-1132(DSD/JMM), 01-1175(DSD/JMM), and 01-1190(DSD/JMM) having later been assigned to Judge David S. Doty, Case No. 01-1183(MJD/JGL)having later been assigned to Judge Michael J. Davis and and Case No. 01-1202(DWF/SRN) having later been assigned to Judge Donovan W. Frank and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 01-1132, 01-1175, 01-1190, 01-1183 and 01-1202 be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of cards on the Security List of the automated case assignment system, and the Clerk of Court is directed to void and reuse these cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 10th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: July 16, 2001

DAVID S. DOTY
Judge of United States District Court

Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

Dated: July 18, 2001

MICHAEL J. DAVIS
Judge of United States District Court

#01-1092

F I L E C O P Y

Date: July 23, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-01132 Latz v. Chronimed Inc.

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASES (Judge Donovan W. Frank / 7/10/01) (Judge David S. Doty / 7/16/01) (Judge Michael J. Davis / 7/18/01) Case 01-1092 DWF/AJB having been assigned to Judge Donovan W. Frank, case nos. 01-1132 DSD/JMM, 01-1175 DSD/JMM and 01-1190 DSD/JMM having later been assigned to Judge David S. Doty, case no. 01-1183 MJD/JGL having later been assigned to Judge Michael J. Davis and case no. 01-1202 DWF/SRN having later been assigned to Judge Donovan W. Frank and said matters being related cases it is ordered that all these cases be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan by use of the Security List. (c: attys.) 3pgs (case number will remain the same except for initials 01-1132 DWF/AJB - this number with new initials must be used on all future pleadings filed in this case as well as any other papers submitted to the Court in re this civil action)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500